January 13, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

### IN THE INTEREST OF J.A.F., A CHILD

NO. 14-14-00641-CV

_____

This cause, an appeal from a judgment terminating parental rights signed July 23, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.